# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL HUBBARD : | |
| : | |
| v. : | CIVIL ACTION NO. 12-6596 |
| : | |
| MARIOSA LAMAS, *et al.* : | |

## ORDER

**AND NOW,** this 9th day of May 2013, upon careful and independent consideration of the Petition for Writ of *Habeas Corpus* filed pursuant to 28 U.S.C. § 2254, and after careful review of the Report and Recommendation of Magistrate Judge Elizabeth T. Hey, to which no objections have been filed, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED and ADOPTED**;

2. The Petition is **DISMISSED AS UNTIMELY FILED**;

3. Petitioner's Motion for a Stay and Abeyance [Doc. No. 25] is **DISMISSED AS MOOT**;

4. There is no basis for the issuance of a certificate of appealability; and

5. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**